# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NEW YORK
# BROOKLYN

| | |
|---|---|
| **JOHNATHAN FALK,** ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | Civil Action No.: |
| ) | 12-cv-05710-KAM-RML |
| **FMS INVESTMENT CORP.,** ) | |
| ) | |
| Defendant. ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

**IT IS HEREBY STIPULATED AND AGREED** to by the Plaintiff and the Defendant, by and through their attorneys, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), to the dismissal, with prejudice, of each claim and count therein asserted by Plaintiff against Defendant in the above-styled action, with Plaintiff and Defendant to bear their own fees, costs, and expenses.

Respectfully submitted this 22nd day of April, 2013.

/s/Adam Jon Fishbein
Adam J. Fishbein
483 Chestnut Street
Cedarhurst, NY 11516
516-791-4400
Fax: 516-791-4411
Email: fishbeinadamj@gmail.com
*Attorney for Plaintiff*

/s/ Aaron R Easley
Aaron R Easley
Sessions Fishman Nathan Israel LLC
200 Route 31 North
Suite 203
Flemington, NJ 08822
908-751-5797
Fax: 908-751-5944
Email: aeasley@sessions-law.biz
*Attorneys for Defendant,*
*FMS Investment Corp*

**CERTIFICATE OF SERVICE**

I hereby certify that on April 22, 2013 a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic case filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic case filing system.

/s/Adam Jon Fishbein
Adam J. Fishbein, Attorney for Plaintiff